**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

```
WILLIAM ABBOTT,              )
                             )
    Petitioner,              )
                             )       CIVIL ACTION NO.
    v.                       )         1:16cv492-MHT
                             )             (WO)
UNITED STATES OF AMERICA,    )
                             )
    Respondent.              )
```

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner William Abbott's motion to dismiss without prejudice (doc. no. 15) is granted.

(2) The petition for habeas relief (doc. no. 1) is dismissed without prejudice.

(3) All other pending motions are denied as moot.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of August, 2016.

                                      /s/ Myron H. Thompson  
                                  **UNITED STATES DISTRICT JUDGE**